LARRY C. RUSS, State Bar No. 82760
Email: lruss@raklaw.com
NATHAN D. MEYER, State Bar No. 239850
Email: nmeyer@raklaw.com
JUSTIN E. MAIO, State Bar No. 304428
Email: jmaio@raklaw.com
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard
12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991

Attorneys for Plaintiff
SANDOW + FRED SEGAL, LLC

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDOW + FRED SEGAL, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY'S dba GREGORY'S SHOES and GREGORYSSHOES.COM, a California entity of unknown form, JONATHAN HARRIS, an individual,<br><br>Defendants. | Case No. 2:16-cv-03740-PA-JC<br>*Honorable Percy Anderson Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

1

**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE**

[~~PROPOSED~~] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties further agree that this dismissal without prejudice may be converted to a dismissal with prejudice at a later date; and

4. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: October 11, 2016     By: _____
                            HON. PERCY ANDERSON
                            UNITED STATES DISTRICT JUDGE

2

[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE